UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 23- 60007-CR-SINGHAL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICKY RILEY,

    Defendant.

_____/

### ORDER GRANTING FEDERAL PUBLIC DEFENDER'S MOTION TO WITHDRAW AND APPOINTING CONFLICT-FREE COUNSEL

This matter is before the Court on the Federal Public Defender's Motion to Withdraw and to Appoint Conflict-Free Counsel. [ECF No. 85]. Having reviewed the record and being fully advised, the Court **GRANTS** the Federal Public Defender's Motion to Withdraw. The Federal Public Defender's Office is relieved from further representation of Ricky Riley in this cause. The Court appoints **Paul D. Petruzzi** to represent Defendant Ricky Riley, pursuant to the Criminal Justice Act.

**DONE AND ORDERED** this 13th day of February 2023.

*/s/ Lisette Reid*
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE